B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS

In re  Dennis Green and Latonya Green  ,            Case No.  16-30234

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as trustee of Tiki Series IV Trust | MTGLQ Investors, LP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Rushmore Loan Management Services, LLC
P.O. Box 55004
Irvine, CA 92619-2708

Court Claim # (if known):  18-1
Amount of Claim:  $148,300.58
Date Claim Filed:  05/19/2016

Phone:  888-504-6700
Last Four Digits of Acct #:  7545

Phone:  888-504-6700
Last Four Digits of Acct. #:  7545

Name and Address where transferee payments should be sent (if different from above):

Rushmore Loan Management Services, LLC
P.O. Box 52708
Irvine, CA 92619-2708

Phone:  888-504-6700
Last Four Digits of Acct #: 7545

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Yoshie Valadez          Date: 3/9/2021
Attorney for Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that a true and correct copy of the foregoing Transfer of Claim Other Than for Security was served on the parties listed below by the United States Mail, first class postage prepaid or electronically via CM/ECF on 3/9/2021:

By First Class Mail Postage Prepaid:

DEBTOR

Dennis Green
8758 Pleasant Brook
Houston, TX 77095

Latonya Green
8758 Pleasant Brook
Houston, TX 77095

By CM/ECF:

DEBTOR'S COUNSEL

Kyle Kenneth Payne
Payne & Associates, PLLC
5225 Katy Freeway
Ste 505
Houston, TX 77007

TRUSTEE

David G Peake
Chapter 13 Trustee
9660 Hillcroft
Suite 430
Houston, TX 77096

U.S. TRUSTEE

US Trustee
515 Rusk Ave
Suite 3516
HOUSTON, TX 77002

All Parties Requesting Notice Via CM/ECF System

                McCarthy & Holthus, LLP

                */s/ Yoshie Valadez*

          Cole Patton SBN 24037247 || SDTX No. 605717
         Yoshie Valadez SBN 24091142 || SDTX No. 2979491
        Robert Brandon Hakari SBN 24107552 || SDTX No. 3234424
            MHTbankruptcy@mccarthyholthus.com
              Atty file no.: TX-19-21030